John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Michael A. DiGiacomo (032251)
digiacomom@ballardspahr.com
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:     602.798.5400
Facsimile:     602.798.5595

Attorney for Defendant
*Congressional Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>                    Plaintiff,<br><br>          v.<br><br>Congressional Bank<br><br>                    Defendant. | Case No. CV-17-03786-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

Defendant Congressional Bank, by and through undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims.   The Parties are in the process of finalizing the settlement, whereupon the Parties will file a stipulation for dismissal with prejudice. Congressional Bank anticipates that the settlement and dismissal of claims against Congressional Bank will be finalized within the next thirty days.

RESPECTFULLY SUBMITTED this 19th day of October, 2017.

BALLARD SPAHR LLP


By: s/ Michael A. DiGiacomo
        John G. Kerkorian
        Michael A. DiGiacomo
        1 East Washington Street, Suite 2300
        Phoenix, AZ 85004-2555
        *Attorneys for Congressional Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day October, 2017, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

A COPY of the foregoing was mailed this 19th day of October, 2017 to:

Charles A. Gulden
11802 E. 28th Place
Yuma, Arizona 85367


s/ Catherine M. Weber