John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Michael A. DiGiacomo (032251)
digiacomom@ballardspahr.com
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:	602.798.5400
Facsimile:	602.798.5595

Attorney for Defendant
*Congressional Bank*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>             Plaintiff,<br><br>      v.<br><br>Congressional Bank,<br><br>             Defendant. | Case No. CV-17-03786-PHX-GMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Charles A. Gulden ("Gulden) and Defendant Congressional Bank (together with Plaintiff, the "Parties"), hereby stipulate that Plaintiff's claims in the above-captioned litigation against Defendant Congressional Bank may be dismissed with prejudice with the parties to bear their own attorneys' fees and costs. A proposed form of order is attached.

RESPECTFULLY SUBMITTED this 20th day of November, 2017.

By: *s/* Charles A. Gulden (with permission)
    Charles A. Gulden
    *Pro Se Plaintiff*

BALLARD SPAHR LLP

By: s/ Michael A. DiGiacomo
    John G. Kerkorian
    Michael A. DiGiacomo
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    *Attorneys for Congressional Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day November, 2017, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

A COPY of the foregoing was mailed this 20th day of November, 2017 to:

Charles A. Gulden
11802 E. 28th Place
Yuma, Arizona 85367


s/ Catherine M. Weber