**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Charles A. Gulden,<br><br>        Plaintiff,<br><br>v.<br><br>Congressional Bank,<br><br>        Defendant. | No. CV-17-03786-PHX-GMS<br><br>**ORDER** |

    Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 9) and good cause appearing,

    **IT IS ORDERED** dismissing this matter with prejudice, each party to bear their own attorneys' fees and costs.

    Dated this 20th day of November, 2017.

                                                     */s/ G. Murray Snow*<br>
                                                     Honorable G. Murray Snow<br>
                                                     United States District Judge